MICHAEL R. MATTHIAS, Bar No. 57728
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:        mmatthias@bakerlaw.com

OF COUNSEL:
THOMAS L. LONG, *pro hac vice* pending
Ohio Bar No. 0023127
65 E. State Street, Suite 2100
Columbus, Ohio 43215
Telephone:   614.462.2626
Facsimile:   614.462.2616
Email:       tlong@bakerlaw.com

BRIAN J. LALIBERTE, *pro hac vice* pending
Ohio Bar No. 0071125
65 E. State Street, Suite 2100
Columbus, Ohio 43215
Telephone:   614.462-4710
Facsimile:   614.462.2616
Email:       blaliberte@bakerlaw.com

Attorneys for Plaintiff
CARDINAL HEALTH 110, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CARDINAL HEALTH 110, INC., | Case No. C08-03659 MEJ |
| Plaintiff, | |
| v. | ~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFF'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| EMPIRE DRUG COMPANY, INC.; EMPIRE ASSOCIATES; ARENA PHARMACY; CHIMES PHARMACY; KELSEYVILLE PHARMACY; LARK DRUGS; LUCERNE PHARMACY; MARIN MEDICAL PHARMACY; NORTH LAKE MEDICAL PHARMACY; SCRIPTWORKS, INC.; SILVERADO PHARMACY; SMITH'S ST. HELENA PHARMACY; and WILLITS PHARMACY, | |
| Defendants. | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

502101370

1  The Court has received and considered the Request of Plaintiff Cardinal Health 110, Inc.

2  to continue the Case Management Conference presently scheduled for November 6, 2008;

3  Good cause therefore appearing, it is ORDERED that the Case Management Conference

4  is continued to _January 22, 2009_____ at 10:00 a.m. in Department B of this Court.

5  Dated: ~~November~~ October 30 ___, 2008

6

7  _____
   Magistrate Judge Maria-Elena James

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

502101370            - 2 -        [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR
                                   CONTINUANCE OF CASE MANAGEMENT CONFERENCE
                                            CASE NO. C08-03659 MEJ