MICHAEL R. MATTHIAS, Bar No. 57728
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: mmatthias@bakerlaw.com

OF COUNSEL:
THOMAS L. LONG, *pro hac vice* pending
Ohio Bar No. 0023127
65 E. State Street, Suite 2100
Columbus, Ohio 43215
Telephone: 614.462.2626
Facsimile: 614.462.2616
Email: tlong@bakerlaw.com

BRIAN J. LALIBERTE, *pro hac vice* pending
Ohio Bar No. 0071125
65 E. State Street, Suite 2100
Columbus, Ohio 43215
Telephone: 614.462-4710
Facsimile: 614.462.2616
Email: blaliberte@bakerlaw.com

Attorneys for Plaintiff
CARDINAL HEALTH 110, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CARDINAL HEALTH 110, INC., | Case No. C08-03659 MEJ |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| EMPIRE DRUG COMPANY, INC.; EMPIRE ASSOCIATES; ARENA PHARMACY; CHIMES PHARMACY; KELSEYVILLE PHARMACY; LARK DRUGS; LUCERNE PHARMACY; MARIN MEDICAL PHARMACY; NORTH LAKE MEDICAL PHARMACY; SCRIPTWORKS, INC.; SILVERADO PHARMACY; SMITH'S ST. HELENA PHARMACY; and WILLITS PHARMACY, | |
| Defendants. | |

502101370

1    The Court has received and considered the Request of Plaintiff Cardinal Health 110, Inc.
2  to continue the Case Management Conference presently scheduled for January 22, 2009;
3    Good cause therefore appearing, it is ORDERED that the Case Management Conference
4  is continued to <u>March 26, 2009</u> at 10:00 a.m. in Department B of this Court.
5  Dated: January <u>13</u>, 2009

_____
Magistrate Judge Maria-Elena James

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

502101370

- 2 -

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR
CONTINUANCE OF CASE MANAGEMENT CONFERENCE
CASE NO. C08-03659 MEJ