MICHAEL R. MATTHIAS, Bar No. 57728
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: mmatthias@bakerlaw.com

OF COUNSEL:
THOMAS L. LONG, *pro hac vice* pending
Ohio Bar No. 0023127
65 E. State Street, Suite 2100
Columbus, Ohio 43215
Telephone: 614.462.2626
Facsimile: 614.462.2616
Email: tlong@bakerlaw.com

BRIAN J. LALIBERTE, *pro hac vice* pending
Ohio Bar No. 0071125
65 E. State Street, Suite 2100
Columbus, Ohio 43215
Telephone: 614.462-4710
Facsimile: 614.462.2616
Email: blaliberte@bakerlaw.com

Attorneys for Plaintiff
CARDINAL HEALTH 110, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CARDINAL HEALTH 110, INC., <br><br> Plaintiff, <br><br> v. <br><br> EMPIRE DRUG COMPANY, INC.; EMPIRE ASSOCIATES; ARENA PHARMACY; CHIMES PHARMACY; KELSEYVILLE PHARMACY; LARK DRUGS; LUCERNE PHARMACY; MARIN MEDICAL PHARMACY; NORTH LAKE MEDICAL PHARMACY; SCRIPTWORKS, INC.; SILVERADO PHARMACY; SMITH'S ST. HELENA PHARMACY; and WILLITS PHARMACY, <br><br> Defendants. | Case No. C08-03659 MEJ <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> ORDER CLOSING FILE |

502237111

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. C08-03659 MEJ

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiff CARDINAL HEALTH 110, INC., by and
through its attorneys of record, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil
Procedure, hereby dismisses the above-captioned action with prejudice. Rule 41(a)(1)(A)(i)
permits plaintiff to voluntarily dismiss this action without a court order by filing a notice of
dismissal as no opposing party has served either an answer or a motion for summary judgment.

Dated: February 23, 2009

BAKER & HOSTETLER LLP
MICHAEL R. MATTHIAS

_____
Michael R. Matthias
Attorneys for Plaintiff
CARDINAL HEALTH 110, INC.

The Clerk of Court shall close the file.



IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

502237111

- 2 -

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. C08-03659 MEJ